Bonner C. Walsh, OSB 131716
bonner@walshpllc.com
**WALSH LLC**
PO Box 7
Bly, Oregon 97622
Phone 541.359.2827
Facsimile 866.503 8206

Adam Gonnelli (admitted *pro hac vice*)
NY State Bar No. 2901361
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 104
Poughkeepsie, NY 12601
Phone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

CHRISTOPHER HAMILTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GENERAL MILLS, INC.,
GENERAL MILLS SALES, INC.,

Defendants.

Case No. 6:16-cv-382-MC

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Christopher Hamilton, plaintiff in the above named case, appeals to the United States Court of Appeals for the Ninth Circuit the order granting the Defendant's Motion to Dismiss (ECF No. 47) and denying the Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 50), filed on November 2, 2016.

A copy of the Opinion a Judgment from which this appeal is taken is attached.

Dated: December 1, 2016

By: *\/s/ Bonner C. Walsh*
Bonner C. Walsh, Oregon Bar No. 131716
**WALSH LLC**
PO Box 7
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

Adam R. Gonnelli
**THE SULTZER LAW GROUP**
85 Civic Center Plaza, Suite 104
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747
Email: gonnellia@thesultzerlawgroup.com
*Admitted pro hac vice*

Barbara A. Rohr
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com
*Admitted pro hac vice*

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

Dated: December 1, 2016

By: */s/ Bonner C. Walsh*
Bonner C. Walsh
**WALSH LLC**
PO Box 7
Bly, Oregon 97622
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
Email: bonner@walshpllc.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**CHRISTOPHER HAMILTON**, individually and on behalf of all others similarly situated,

Plaintiff,

v.

**GENERAL MILLS, INC., GENERAL MILLS SALES, INC.**

Defendants.

**Civ. No. 6:16-cv-382-MC**

**JUDGMENT**

**MCSHANE, Judge**:

Based on the record, this action is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED.

DATED this 2nd day of November, 2016.

_______/s/ Michael J. McShane_________
**Michael J. McShane**
**United States District Judge**